

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00166-CR

Anthony **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1372
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED January 22, 2025.

Lori I. Valenzuela, Justice